CHAD C. SPRAKER
PAULETTE L. STEWART
Assistant U.S. Attorney
U.S. Attorney's Office
901 Front Street, Suite 1100
Helena, MT 59626
Phone:  (406) 457-5120
FAX:    (406) 457-5130
E-mail: chad.spraker@usdoj.gov
        paulette.stewart@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

FILED

SEP 08 2015

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| UNITED STATES OF AMERICA, | CR 15-09-H-BMM |
|---|---|
| Plaintiff, | NOTICE AND ACKNOWLEDGMENT OF APPEAL WAIVER |
| vs. | |
| DENNIS PEIKER, | |
| Defendant. | |

The United States of America, by Chad C. Spraker and Paulette L. Stewart, Assistant United States Attorneys for the District of Montana, and the defendant, Dennis Peiker, and his attorneys, Michael J. Donahoe and R. Henry Branom Jr., hereby notify the Court that plea agreements have been reached in the defendant's other cases, specifically cause numbers CR 15-05-H-CCL and CR 15-12-H-CCL.

AUSA     Def.    Def. Atty

1

As part of those plea agreements, the defendant has agreed in this case to waive all right to appeal the conviction and sentence in this case. Specifically, the defendant understands that the law gives him a right to appeal and collaterally attack his sentence. Acknowledging this, the defendant knowingly waives any right to appeal his conviction and sentence, and any right he may have to bring any other post-conviction attack on his sentence. He specifically agrees not to file a motion under 28 U.S.C. § 2255 or § 2241 attacking his sentence. This waiver does not prohibit the right to pursue or maintain such an action alleging that he received ineffective assistance of counsel.

Also as part of the above-referenced plea agreements, the United States has agreed to recommend concurrent sentences for the charges in this case as well as cause numbers CR 15-05-H-CCL and CR 15-12-H-CCL.

MICHAEL W. COTTER
United States Attorney

_____  9-8-15
Chad C. Spraker/ Paulette L. Stewart   Date
Assistant U. S. Attorneys

_____  9-8-15
Dennis Peiker                          Date
Defendant

_____  9-8-15
Michael Donahoe/R. Henry Branom Jr. Date
Defense Counsel

AUSA   Def.   Def. Atty

2